IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JIMMY CANNON, | |
| Plaintiff, | No. 3:11-CV-1046 |
| v. | (JUDGE CAPUTO) |
| MICHAEL D. KOPOTOSKI, et al. | (MAGISTRATE JUDGE MANNION) |
| Defendants. | |

## ORDER

**NOW** this 29th day of August, 2012, upon review of the Report and Recommendation of Magistrate Judge Malachy E. Mannion (Doc. 57) for plain error or manifest injustice, **IT IS HEREBY ORDERED** that:

(1) The Report and Recommendation (Doc. 57) is **ADOPTED.**

(2) The Plaintiff's complaint (Doc. 1) and amended complaint (Doc. 26) be **DISMISSED WITH PREJUDICE** pursuant to Fed. R. Civ. P. 41(b) and Local Rule 83.3.1.

(3) The Clerk of Court is directed to **TERMINATE** all other pending motions.

(4) The Clerk of Court is directed to mark the case as **CLOSED**.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge